*** YOUR NEXT PAYDAY WILL BE FRIDAY, MAY 15, 2009 ***

| EMPLOYEE NAME | SOC SEC NO | ISSUE DATE | WARRANT NO | NET AMOUNT |
|---|---|---|---|---|
| QUENTON WESLEY | XXX-XX-3492 | 05/01/2009 | 90944605 | $748.87 |

| | GROSS WAGES | FICA WAGES | MEDICARE WAGES | FICA TAX | MEDICARE TAX | FED W/H TAX |
|---|---|---|---|---|---|---|
| CURRENT | $975.80 | $975.80 | $975.80 | $60.50 | $14.15 | $1.95 |
| YTD | $1,951.60 | $1,951.60 | $1,951.60 | $121.00 | $28.30 | $3.90 |

| | STATE W/H TAX | OCCUP TAX | RETIREMENT | EIC | DEFERRED COMP | CU & MISC |
|---|---|---|---|---|---|---|
| CURRENT | $22.54 | $0.00 | $48.79 | $0.00 | $0.00 | $0.00 |
| YTD | $45.08 | $0.00 | $97.58 | $0.00 | $0.00 | $0.00 |

| | SAVINGS BONDS | DUES | INS & MISC | LIENS | | |
|---|---|---|---|---|---|---|
| CURRENT | $0.00 | $0.00 | $0.00 | $79.00 | | |
| YTD | $0.00 | $0.00 | $0.00 | $158.00 | | |

| | PAY PERIOD END | ANNUAL & EX ANNUAL | SICK | COMP | PERSONAL | HOLIDAY |
|---|---|---|---|---|---|---|
| LEAVE BALANCES | 4/15/2009 | 10hr(s) 50min(s) | 572hr(s) 40min(s) | Unavailable | Unavailable | Unavailable |

*** This stub was generated by the Alabama Administrative Office of Courts and is not a pay check. ***

---



Warrant No:
90944605

# State of Alabama

DEPARTMENT OF FINANCE
OFFICE OF STATE COMPTROLLER
MONTGOMERY, ALABAMA 36130-2602

ON  05/01/2009  , THE AMOUNT OF        $748.87

HAS BEEN MAILED TO QUENTON WESLEY

**NON-NEGOTIABLE**

**NOTE: THIS IS NOT A CHECK.**

*** YOUR NEXT PAYDAY WILL BE TUESDAY, JUNE 16, 2009 ***

| EMPLOYEE NAME | SOC SEC NO | ISSUE DATE | WARRANT NO | NET AMOUNT |
|---|---|---|---|---|
| QUENTON WESLEY | XXX-XX-3492 | 05/29/2009 | 90957472 | $748.87 |

| | GROSS WAGES | FICA WAGES | MEDICARE WAGES | FICA TAX | MEDICARE TAX | FED W/H TAX |
|---|---|---|---|---|---|---|
| CURRENT | $975.80 | $975.80 | $975.80 | $60.50 | $14.15 | $1.95 |
| YTD | $3,903.20 | $3,903.20 | $3,903.20 | $242.00 | $56.60 | $7.80 |

| | STATE W/H TAX | OCCUP TAX | RETIREMENT | EIC | DEFERRED COMP | CU & MISC |
|---|---|---|---|---|---|---|
| CURRENT | $22.54 | $0.00 | $48.79 | $0.00 | $0.00 | $0.00 |
| YTD | $90.16 | $0.00 | $195.16 | $0.00 | $0.00 | $0.00 |

| | SAVINGS BONDS | DUES | INS & MISC | LIENS | | |
|---|---|---|---|---|---|---|
| CURRENT | $0.00 | $0.00 | $0.00 | $79.00 | | |
| YTD | $0.00 | $0.00 | $0.00 | $316.00 | | |

| | PAY PERIOD END | ANNUAL & EX ANNUAL | SICK | COMP | PERSONAL | HOLIDAY |
|---|---|---|---|---|---|---|
| LEAVE BALANCES | 5/15/2009 | 21hr(s) 40min(s) | 581hr(s) 20min(s) | Unavailable | Unavailable | Unavailable |

*** This stub was generated by the Alabama Administrative Office of Courts and is not a pay check. ***

---

THIS IS NOT A CHECK THIS IS NOT A CHECK THIS IS NOT A CHECK THIS IS NOT A CHECK THIS IS NOT A CHECK THIS IS NOT A CHECK THIS IS NOT A CHECK

Warrant No:
90957472

# State of Alabama

DEPARTMENT OF FINANCE
OFFICE OF STATE COMPTROLLER
MONTGOMERY, ALABAMA 36130-2602

ON  05/29/2009 , THE AMOUNT OF   $748.87

HAS BEEN MAILED TO QUENTON WESLEY

**NON-NEGOTIABLE**

**NOTE: THIS IS NOT A CHECK.**

| EMPLOYEE NAME | SOC SEC NO | ISSUE DATE | WARRANT NO | NET AMOUNT |
|---|---|---|---|---|
| QUENTON WESLEY | XXX-XX-3492 | 06/16/2009 | 90963635 | $748.87 |

| | GROSS WAGES | FICA WAGES | MEDICARE WAGES | FICA TAX | MEDICARE TAX | FED W/H TAX |
|---|---|---|---|---|---|---|
| CURRENT | $975.80 | $975.80 | $975.80 | $60.50 | $14.15 | $1.95 |
| YTD | $4,879.00 | $4,879.00 | $4,879.00 | $302.50 | $70.75 | $9.75 |

| | STATE W/H TAX | OCCUP TAX | RETIREMENT | EIC | DEFERRED COMP | CU & MISC |
|---|---|---|---|---|---|---|
| CURRENT | $22.54 | $0.00 | $48.79 | $0.00 | $0.00 | $0.00 |
| YTD | $112.70 | $0.00 | $243.95 | $0.00 | $0.00 | $0.00 |

| | SAVINGS BONDS | DUES | INS & MISC | LIENS | | |
|---|---|---|---|---|---|---|
| CURRENT | $0.00 | $0.00 | $0.00 | $79.00 | | |
| YTD | $0.00 | $0.00 | $0.00 | $395.00 | | |

| | PAY PERIOD END | ANNUAL & EX ANNUAL | SICK | COMP | PERSONAL | HOLIDAY |
|---|---|---|---|---|---|---|
| LEAVE BALANCES | 5/31/2009 | 27hr(s) 5min(s) | 585hr(s) 40min(s) | Unavailable | Unavailable | Unavailable |

*** This stub was generated by the Alabama Administrative Office of Courts and is not a pay check. ***

---

Warrant No: 90963635

## State of Alabama
DEPARTMENT OF FINANCE
OFFICE OF STATE COMPTROLLER
MONTGOMERY, ALABAMA 36130-2602

ON 06/16/2009, THE AMOUNT OF $748.87

HAS BEEN MAILED TO QUENTON WESLEY

**NON-NEGOTIABLE**

NOTE: THIS IS NOT A CHECK.